THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMY CONVERSE, on her own behalf and on behalf of other similarly situated persons,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIZIO, INC., a California corporation,<br><br>　　　　　Defendant. | No. 3:17-cv-05897-BHS<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE |

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE (Cause No. 3:17-cv-05897-BHS)
Page i

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

## I. STIPULATION

Plaintiff Amy Converse and Defendant VIZIO, Inc. have agreed to resolve this matter and hereby stipulate and request that the Court dismiss the above-entitled action with prejudice and without costs or attorneys' fees to any party. Pursuant to their agreement, the Parties further request that the Court allow Plaintiff the option to re-open this case within 30 days should the settlement not be perfected.

DATED this 9th day of June, 2021.

*Attorneys for Plaintiff:*          *Attorneys for Defendant:*

By: s/ Richard E. Goldsworthy          By: s/ Kelsey S. Morris

Scott C. G. Blankenship, WSBA No. 21431
Richard E. Goldsworthy, WSBA No. 40684
The Blankenship Law Firm, PLLC
1000 Second Avenue, Suite 3250
Seattle, WA 98104
Telephone: (206) 343-2700
Facsimile: (206) 343-2704
sblankenship@blankenshiplawfirm.com
rgoldsworthy@blankenshiplawfirm.com

Stephen M. Rummage, WSBA No. 11168
David Maas. WSBA No. 50694
Davis Wright Tremaine LLP
920 Fifth Ave., Suite 3300
Seattle WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
steverummage@dwt.com
davidmaas@dwt.com

Jacob Karczewski, WSBA No. 43937
Law Offices of Jacob Karczewski
4711 North 30th Street
Tacoma WA, 98407
Telephone: (253) 229-3173
jacobklaw@gmail.com

Hyongsoon Kim, (*Admitted Pro Hac Vice*)
Kelsey S. Morris, (*Admitted Pro Hac Vice*)
Clark Gordon, (*Admitted Pro Hac Vice*)
Akin Gump Strauss Hauer & Feld LLP
4 Park Plaza, Suite 1900
Irvine, CA 92614
Telephone: (949) 885-4100
Facsimile: (949) 885-4101
kimh@akingump.com
kmorris@akingump.com
cgordon@akingump.com

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE (Cause No. 3:17-cv-05897-BHS)
Page 1

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

## II. ORDER

THIS MATTER having come before the undersigned judge of the above-entitled court based on stipulation of the parties, now, therefore,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice and without award of costs or attorneys' fees to any party. Plaintiff may re-open this case within 30 days should the settlement not be perfected.

DATED this 11th day of June, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE (Cause No. 3:17-cv-05897-BHS)
Page 2

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700